**Petition Denied and Memorandum Opinion filed May 15, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00204-CV

### R. BORDEN WILSON, M.D., Appellant

### V.

### MISHKA BOULDWIN, INDIVIDUALLY AND AS NEXT FRIEND OF CHLOE ANDERSON, Appellee

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-72901**

## M E M O R A N D U M   O P I N I O N

R. Borden Wilson, M.D. petitions this court to allow a permissive interlocutory appeal of the trial court's March 6, 2018 order denying his special exceptions and motion to dismiss. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2017).

After reviewing the petition, the response, the reply, and the record, we

conclude that Wilson has not shown that (1) the March 6, 2018 order involves a controlling issue of law as to which there is a substantial ground for difference of opinion; and (2) an immediate appeal from the order may materially advance the ultimate termination of the litigation. *See id.*

Accordingly, we deny Wilson's petition for permissive interlocutory appeal.


PER CURIAM


Panel consists of Justices Busby, Brown, and Jewell.